# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DUSTIN MICHAEL SLAUGHTER,

   *Plaintiff*,

  v.

NATIONAL OCEANIC AND
ATMOSPHERIC ADMINISTRATION,

   *Defendant*.

Civil Action No. 23-1406 (TSC)

## PROOF OF SERVICE

    Plaintiff files this Proof of Service for Defendant National Oceanic and Atmospheric Administration in accordance with Local Civil Rule 5.3. Plaintiff prepared 3 packages for mailing, each with the Complaint and Court issued Summons. They were given the following numbers by the U.S. Postal Service.

    Tracking No. 7022 2410 0003 4949 3363 - U.S. Attorney for the District of Columbia

    Tracking No. 7022 2410 0003 4949 3349 - U.S. Attorney General

    Tracking No. 7022 2410 0003 4949 3356 - National Oceanic and Atmospheric Administration

Service of the Complaint should be considered to have been effected on May 24, 2023 based on the attached information from the U.S. Postal Service's tracking system. The package to the U.S. Attorney's Office was received on May 24, 2023 at 5:00 am. The package to the U.S. Attorney General was received on May 24, 2023 at 5:00 am. The package to the National Oceanic and Atmospheric Administration was received on May 23, 2023 at 6:38 am.

Attached and made part of this Proof of Service are the certified mail receipts and the tracking information provided to Plaintiff by the Postal Service.

Respectfully submitted this 26th day of July, 2023.

*/s/   C. Peter Sorenson*

C. Peter Sorenson, DC Bar #438089

Sorenson Law Office

PO Box 10836 Eugene, OR 97440

(541) 606-9173

peter@sorensonfoialaw.com

*Attorney for Plaintiff*

# USPS Tracking®

Tracking Number:

70222410000349493363

## Latest Update

Your item was picked up at a postal facility at 5:00 am on May 24, 2023 in WASHINGTON, DC 20530.

## Delivered

Delivered, Individual Picked Up at Postal Facility

WASHINGTON, DC 20530

May 24, 2023, 5:00 am

Tracking Number:

70222410000349493349

## Latest Update

Your item was picked up at a postal facility at 5:00 am on May 24, 2023 in WASHINGTON, DC 20530.

## Delivered

Delivered, Individual Picked Up at Postal Facility

WASHINGTON, DC 20530

May 24, 2023, 5:00 am

Tracking Number:

70222410000349493356

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 6:38 am on May 23, 2023 in WASHINGTON, DC 20230.

## Delivered

Delivered, Front Desk/Reception/Mail Room

WASHINGTON, DC 20230

May 23, 2023, 6:38 am

Slaughter v. NOAA
Mailing Complaint Summons
05/18/2023

**U.S. Postal Service CERTIFIED MAIL RECEIPT** (Domestic Mail Only)

7022 4410 0000 3494 9335 6

Washington, DC 20230
Certified Mail Fee $4.15
Return Receipt (hardcopy) $3.35
Return Receipt (electronic) $0.00
Certified Mail Restricted Delivery $0.00
Adult Signature Required $0.00
Adult Signature Restricted Delivery $0.00
Postage $3.18
Total Postage and Fees $10.68
Postmark: MAY 18 2023 — 05/18/2023

Sent To: NOAA
Street and Apt. No., or PO Box No.: 1401 Constitution Ave NW, Rm. 5128
City, State, ZIP+4: Washington DC 20230

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT** (Domestic Mail Only)

7022 4410 0000 3494 9334 9

Washington, DC 20530
Certified Mail Fee $4.15
Return Receipt (hardcopy) $3.35
Return Receipt (electronic) $0.00
Certified Mail Restricted Delivery $0.00
Adult Signature Required $0.00
Adult Signature Restricted Delivery $0.00
Postage $3.18
Total Postage and Fees $10.68
Postmark: MAY 18 2023 — 05/18/2023

Sent To: Hon. Merrick Garland, USAG
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave NW
City, State, ZIP+4: Washington DC 20530

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT** (Domestic Mail Only)

7022 4410 0000 3494 9336 3

Washington, DC 20530
Certified Mail Fee $4.15
Return Receipt (hardcopy) $3.35
Return Receipt (electronic) $0.00
Certified Mail Restricted Delivery $0.00
Adult Signature Required $0.00
Adult Signature Restricted Delivery $0.00
Postage $3.18
Total Postage and Fees $10.68
Postmark: MAY 18 2023 — 05/18/2023

Sent To: U.S. Attorneys office for DC Atten: Civil process Clerk
Street and Apt. No., or PO Box No.: 601 D Street NW
City, State, ZIP+4: Washington, D.C. 20530

---



UNITED STATES POSTAL SERVICE

E ST
-2627
77
11:55 AM

|  | Unit Price | Price |
|---|---|---|
| First-Class Mail® 1 Large Envelope | | $3.18 |
| Washington, DC 20230 | | |
| Weight: 0 lb 8.30 oz | | |
| Estimated Delivery Date Tue 05/23/2023 | | |
| Certified Mail® | | $4.15 |
| Tracking #: 70222410000349493356 | | |
| Return Receipt | | $3.35 |
| Tracking #: 9590 9402 7790 2152 6865 93 | | |
| Total | | $10.68 |
| First-Class Mail® 1 Large Envelope | | $3.18 |
| Washington, DC 20530 | | |
| Weight: 0 lb 8.30 oz | | |
| Estimated Delivery Date Tue 05/23/2023 | | |
| Certified Mail® | | $4.15 |
| Tracking #: 70222410000349493349 | | |
| Return Receipt | | $3.35 |
| Tracking #: 9590 9402 7790 2152 6865 86 | | |
| Total | | $10.68 |
| First-Class Mail® 1 Large Envelope | | $3.18 |
| Washington, DC 20530 | | |
| Weight: 0 lb 8.30 oz | | |
| Estimated Delivery Date Tue 05/23/2023 | | |
| Certified Mail® | | $4.15 |
| Tracking #: 70222410000349493363 | | |
| Return Receipt | | $3.35 |
| Tracking #: 9590 9402 7790 2152 6865 79 | | |
| Total | | $10.68 |
| Grand Total: | | $32.04 |
| Cash | | $32.04 |