UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DUSTIN MICHAEL SLAUGHTER, ) | |
|    Plaintiff, ) | |
| ) | |
|    v. ) | Civil Action No. 23-1406 (TSC) |
| ) | |
| NATIONAL OCEANIC AND ) | |
| ATMOSPHERIC ADMINISTRATION, ) | |
|    Defendant. | |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56, Plaintiff Dustin Michael Slaughter moves the Court for summary judgment on Defendant's search for and the withholding of responsive records. In support of Plaintiff's Motion for Summary Judgment, Plaintiff attaches his Memorandum of Points and Authorities in Support of his Motion for Summary Judgment, Declaration of Dustin Michael Slaughter, together with attachments, Plaintiff's Statement of Material Facts, and Certification of Compliance with LCVR 7(m). A Proposed Order is also attached.

Pursuant to LCVR 7(m), Plaintiff's counsel certifies to the Court that counsel has contacted and discussed the proposed Motion with opposing counsel and Defendant opposes this motion.

Plaintiff also moves the Court as follows: order the Defendant to conduct an adequate search within 30 days of the Court's order, order the Defendant to release all responsive non-exempt records within 60 days of the Court's order, order the parties to file a joint status report

within 90 days of the Court's order and enter an order for such relief as the court deems reasonable and just.

                              Dated this 2 day of August, 2023

                              Respectfully Submitted,

                              <u>/s/ C. Peter Sorenson</u>

                              C. Peter Sorenson
                              DC Bar #438089
                              Sorenson Law Office
                              PO Box 10836
                              Eugene, OR 97440
                              (541) 606-9173
                              peter@sorensonfoialaw.com

                              *Attorney for Plaintiff*