UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DUSTIN MICHAEL SLAUGHTER, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-1406 (TSC) |
| | ) | |
| NATIONAL OCEANIC AND | ) | |
| ATMOSPHERIC ADMINISTRATION, | ) | |
| Defendant. | | |

**[PROPOSED] ORDER**

**UPON CONSIDERATION** of Plaintiff's Motion for Summary Judgment and the entire record herein; It is:

**ORDERED** that Plaintiff's motion is GRANTED;

**FURTHER ORDERED** that Defendant shall conduct an adequate search within 30 days of the Court's order, and that Defendant shall release all responsive non-exempt records within 60 days of the Court's order;

**AND IT IS FURTHER ORDERED** that the parties file a joint status report within 90 days of the Court's order.

_____                              _____

Date:                                                                          TANYA S. CHUTKAN

                                                                             United States District Court Judge