UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DUSTIN MICHAEL SLAUGHTER, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-1406 (TSC) |
| | ) | |
| NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, | ) ) | |
| Defendant. | | |

**Certification of Compliance with LR 7(m)**

I, C. Peter Sorenson, counsel for Plaintiff, certify that I have met and conferred with the counsel for Defendant, and have met my duties and responsibilities under Local Rule 7(m).

Dated this 2 day of August 2023.


*/s/* C. Peter Sorenson

C. Peter Sorenson
DC Bar No. 438089
PO Box 10836
Eugene, Oregon 97440
541-606-9173
peter@sorensonfoialaw.com


Attorney for Plaintiff