UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DUSTIN MICHAEL SLAUGHTER,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL OCEANIC AND<br>ATMOSPHERIC ADMINISTRATION,<br><br>    Defendant. | Civil Action No. 23-1406 (TSC) |

**JOINT STATUS REPORT**

By and through undersigned counsel, the parties, Plaintiff Dustin Michael Slaughter, and Defendant National Oceanic and Atmospheric Administration ("NOAA"), respectfully submit this Joint Status Report. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, in which Plaintiff seeks records related to Unidentified Aerial Phenomena (UAP) and Unidentified Undersea Phenomena (UUP).

**Joint Report on the Status of Plaintiff's FOIA Request and Appeal**

Following additional leads presented by Plaintiff's administrative appeal (submitted May 11, 2022) and Plaintiff's motion for summary judgment (filed August 2, 2023), Defendant NOAA has located 12 records (comprising a total of 19 documents) that it has deemed responsive to Plaintiff's FOIA request. As previously reported, all of these documents require consultation with other agencies outside of NOAA, and the consultation process has been initiated on these documents. Today, Defendant reports that those 12 records remain outstanding on consultation, but Defendant has been following up with the external equities to complete those consultations expeditiously. A revised final determination and release of non-exempt responsive documents will be made promptly after the consultation process completes.

- 2 -

Plaintiff's appeal was properly submitted to the Department of Commerce ("DOC" or "Department"), as DOC handles administrative FOIA appeals for Defendant NOAA, which is a component of the Department. DOC denied Plaintiff's appeal as moot, since NOAA took remedial administrative action based on the additional information Plaintiff provided, on January 11, 2024. Plaintiff was sent a determination letter on that administrative determination which included appeal rights.

## Proposed Next Date for a Joint Status Report

The parties respectfully propose that they submit a further joint status report on or before March 12, 2024, to advise the Court of the status of Plaintiff's FOIA request and a schedule for further proceedings.

* * *

Dated: February 12, 2024
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:        */s/ Stephen DeGenaro*
STEPHEN DEGENARO
D.C. Bar #1047116
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7229
Stephen.DeGenaro@usdoj.gov

*Attorneys for the United States of America*

By: */s/ C. Peter Sorenson*
C. Peter Sorenson, DC Bar #438089
Sorenson Law LLC
PO Box 10836
Eugene, OR 97440
(541) 606-9173
peter@sorensonfoialaw.com

*Counsel for Plaintiff*