UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DUSTIN MICHAEL SLAUGHTER,<br><br>     Plaintiff,<br><br>     v.<br><br>NATIONAL OCEANIC AND<br>ATMOSPHERIC ADMINISTRATION,<br><br>     Defendant. | Civil Action No. 23-1406 (TSC) |

**JOINT STATUS REPORT**

By and through undersigned counsel, the parties, Plaintiff Dustin Michael Slaughter, and Defendant National Oceanic and Atmospheric Administration ("NOAA"), respectfully submit this Joint Status Report. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, in which Plaintiff seeks records related to Unidentified Aerial Phenomena (UAP) and Unidentified Undersea Phenomena (UUP).

**Joint Report on the Status of Plaintiff's FOIA Request and Appeal**

Plaintiff's appeal was not submitted to Defendant NOAA, but was instead properly submitted to the Department of Commerce ("DOC" or "Department"), as DOC handles administrative FOIA appeals for its components. DOC denied Plaintiff's appeal as moot on January 11, 2024, as NOAA was taking remedial administrative action based on the additional information Plaintiff provided with its appeal and motion for summary judgment.

Following additional leads presented by Plaintiff's administrative appeal (submitted May 11, 2022) and Plaintiff's motion for summary judgment (filed August 2, 2023), Defendant NOAA located 12 records (comprising a total of 19 documents) that it deemed responsive to Plaintiff's FOIA request. All of those documents required consultation with other agencies outside

of NOAA, and the consultation process was initiated in December 2023. Defendant produced 5 records (comprising 6 documents) on March 12, 2024, and 7 records (comprising 13 documents) on April 11, 2024.

As reported in the last JSR, in May 2024 Plaintiff requested additional searches for communications with the Unidentified Aerial Phenomena Task Force, which is under the auspices of the Department of Defense, and the All-domain Anomaly Resolution Office, an Office within the Department of Defense. NOAA conducted additional searches and found approximately 30 documents responsive to the request. NOAA will consult with the Department of Defense and other agencies with equities in the documents and produce the non-exempt portions after consultation completes.

Plaintiff has not indicated any further concerns with the records produced or the searches performed.

## Proposed Next Date for a Joint Status Report

The parties respectfully request additional time to meet and confer, and will submit a further joint status report on or before July 10, 2024.

\* \* \*

Dated: June 10, 2024  Respectfully submitted,
      Washington, DC

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:       */s/ Stephen DeGenaro*
     STEPHEN DEGENARO
     D.C. Bar #1047116
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-7229
     Stephen.DeGenaro@usdoj.gov

*Attorneys for the United States of America*

By: */s/ C. Peter Sorenson*
C. Peter Sorenson, DC Bar #438089
Sorenson Law LLC
PO Box 10836
Eugene, OR 97440
(541) 606-9173
peter@sorensonfoialaw.com

*Counsel for Plaintiff*